# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Thomas David Dixon, Jr.,

    Petitioner,

vs.

United States of America,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07-CV-465

3:95-CR-201
3:96-CR-098
3:96-CR-121
3:96-CR-122
3:96-CR-131

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/30/2007 Order.

Signed: November 1, 2007

Frank G. Johns, Clerk
United States District Court